UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOEL ROSENZWEIG,

                Plaintiff,
                                                **ORDER**
          -against-                                CV 13-5563 (ADS)(ARL)

DIVERSIFIED ADJUSTMENT SERVICE, INC.,

                Defendant.
-------------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the Court is plaintiff's January 5, 2015 letter motion to compel defendant to respond to plaintiff's discovery requests by a date certain. By letter dated January 8, 2015, defendant states that it has since served its response to plaintiff's first request for admissions. Defendant further indicates that it was delayed in responding to the remaining requests due to a change in personnel at the defendant corporation and that it anticipates being able to fully respond no later than January 15, 2015. Accordingly, plaintiff's motion is granted to the extent defendant is directed to serve responses to the outstanding requests by January 15, 2015.

Dated: Central Islip, New York             **SO ORDERED:**
         January 12, 2015

                                                                   S/
                                          ARLENE ROSARIO LINDSAY
                                          United States Magistrate Judge