**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

May 14, 2015

<u>**VIA ECF**</u>
The Honorable Arlene R. Lindsay
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**RE:**     Rosenzweig v. Diversified
          13 CV 5563 (ADS) (ARL)

Dear Magistrate Judge Lindsay:

I represent the plaintiff in the above matter. Please be advised that the parties settled the matter on even date. We request that all conferences and other obligations be adjourned.

Thanks you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

Cc:     Arthur Sanders, Esq.